IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISMAEL VIVEROS, JR.,

    Petitioner,               No. 2:09-cv-3107 KJN P

    vs.

MICHAEL MARTEL,

    Respondent.           <u>ORDER</u>

_____/

On September 15, 2010, respondent filed a motion to seal the 2007 probation report filed with the San Joaquin County Superior Court in petitioner's underlying criminal action. The report was lodged on September 15, 2010 and identified as "Lodged Doc. 2." Good cause appearing, respondent's motion will be granted.

IT IS HEREBY ORDERED that:

1. Respondent's September 15, 2010 motion to seal (dkt. no. 18) is granted; and

2. The Clerk of the Court is directed to file the 2007 probation report under seal.

DATED: September 20, 2010

                                              KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

vive3107.sea